AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

GEORGE WILLIAMS III,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:07-cv-00626-LRH-RAM**

JAMES GOODLOE, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Dismissal of Action is GRANTED and this action is dismissed without prejudice.

   March 12, 2008                              **LANCE S. WILSON**
                                                               Clerk

                                                       /s/ Kalani Lizares
                                                       Deputy Clerk